**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-02306-WJM-KLM

LARRY D. FREDERICK,

    Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

    Defendant.

---

**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE SHORT BRIEFS**

---

This matter is before the Court on the parties' Joint Motion for Leave to file Short Briefs in Light of Tenth Circuit Opinion, filed August 1, 2012 (ECF No. 47).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The parties' Joint Motion is GRANTED.  Each party may file briefs addressing the pending motion to remand in light of the Tenth Circuit's June 28, 2012 ruling as follows:

1.    Opening brief, on or before August 17, 2012

2.    Response brief, on or before August 31, 2012.

No brief shall exceed six pages, exclusive of attorney signature blocks and certificate of service.

Dated this 6th day of August, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge