IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02306-WJM-KLM

LARRY D. FREDERICK,

    Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion For Stay** [Docket No. 55; Filed December 17, 2012] (the "Motion"). Plaintiff filed an Opposition to Motion For Stay on December 27, 2012 [Docket No. 57]. Defendant filed a Reply in Support of Plaintiff's Motion For Stay on January 7, 2013 [Docket No. 58]. This matter is also before the Court on Defendant's **Notice of U.S. Supreme Court Decision Mooting Plaintiff's Motion for Stay** [Docket No. 60; Filed March 19, 2013] (the "Notice"). The basis for Plaintiff's Motion was a pending United States Supreme Court case, *Standard Fire Insurance Co. v. Knowles*, 2013 WL 1104735 (March 19, 2013). *Motion* at 1. Defendant argues the United States Supreme Court decision entered March 19, 2013 renders Plaintiff's Motion [#55] moot.[1] Since Plaintiff's Motion requested a stay "pending the issuance of the United States Supreme Court's opinion in *Knowles v. Standard Fire Insurance Company*," and that decision has issued, the Motion is moot. Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiff's **Motion to Stay** [#55] is **DENIED as moot**.

    Dated: April 5, 2013

---

[1] Defendant opposes the Motion to Stay. *See Hartford's Opp.* [#57].