IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 1:11-cv-02306-RM-KLM

LARRY D. FREDERICK,

    Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

    Defendant.

_____

**ORDER GRANTING HARTFORD'S UNOPPOSED MOTION
TO REVIVE MOTION TO DISMISS**
_____

THE COURT, having reviewed Defendant Hartford's Unopposed Motion to Revive Motion to Dismiss, and being sufficiently advised in the premises, hereby ORDERS said Motion is GRANTED.

SO ORDERED this 11th day of June, 2013

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Court Judge