IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02306-RM-KLM

LARRY D. FREDERICK,

    Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Amend the Scheduling Order** [#74][1] (the "Motion"). In addition to seeking amendment of deadlines set in the Scheduling Order, the parties also seek to set a briefing schedule regarding an anticipated motion for class certification. *Motion* [#74] at 2-3.

IT IS HEREBY **ORDERED** that the Motion [#74] is **GRANTED**. The Scheduling Order entered on June 10, 2013 [#71] is amended to extend the following deadlines:

- Fact Discovery Deadline — **February 17, 2014**
- Affirmative Expert Disclosure Deadline — **March 17, 2014**
- Rebuttal Expert Disclosure Deadline — **April 15, 2014**
- Dispositive Motions Deadline — **May 15, 2014**
- Expert Discovery Deadline — **May 15, 2014**
- Rule 702 Motion Deadline — **May 30, 2014**

IT IS FURTHER **ORDERED** that the parties shall adhere to the following deadlines regarding any motion for class certification filed in this case:

- Motion for Class Certification — **February 3, 2014**
- Response to Motion for Class Certification — **June 3, 2014**

---

[1] "[#74]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

- Reply in Support of Motion for Class Certification      **July 3, 2014**

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for June 9, 2014 at 10:00 a.m. is **VACATED** and **RESET** to **August 25, 2014** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **August 18, 2014**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

    **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

    Dated: November 8, 2013