**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 11-cv-02306-RM-KLM

LARRY D. FREDERICK,

Plaintiff

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant

---

**ORDER GRANTING JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE**

---

THIS MATTER comes before the Court upon the parties' Joint Motion to Administratively Close Case (ECF No. 82).

THE COURT, having reviewed the Joint Motion, and being otherwise sufficiently advised in the premises, HEREBY ORDERS:

1. The Joint Motion is GRANTED;

2. This case is administratively closed, effective as of today's date; and

3. Either party may move to reopen the case at any time for good cause within 45 days after an opinion in *Maxwell, et al. v. USAA, et al.*, District Court, Boulder, Colorado, Case No. 2006CV323 issues or certiorari is denied.

DATED this 15th day of January, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge