# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 11-cv-02306-RM-KLM

LARRY D. FREDERICK,

Plaintiff

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant

---

### ORDER GRANTING JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE [REPLACING AND SUPERCEDING THE COURT'S JANUARY 15 ORDER (NO. 83)]

---

THE COURT, having reviewed the Joint Motion to Administratively Close Case, and being fully advised, HEREBY ORDERS:

1. The Joint Motion is GRANTED;

2. This case is administratively closed, effective as of today's date; and

3. Either party may move to reopen the case at any time for good cause; and

4. If the Plaintiff does not seek to reopen this case within 30 days after the denial of certiorari or, if certiorari is granted, within 30 days after a decision of the Colorado Supreme Court in the *Maxwell, et al. v. USAA, et al.*, District Court, Boulder, Colorado, Case No. 2006CV323 then Plaintiff agrees that the case shall be dismissed.

DATED this 21st day of January, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge